

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00167-CV

## IN THE MATTER OF THE MARRIAGE OF
## JAMES VAUGHN IV AND AMBER VAUGHN

**From the 369th District Court
Leon County, Texas
Trial Court No. CV20-0222**

## SECOND ABATEMENT ORDER

On September 29, 2021, we abated this cause to the trial court and ordered the trial court to conduct an evidentiary hearing on Appellant James Vaughn IV's Motion to Disqualify Opposing Counsel and to thereafter make findings of fact and conclusions of law. The trial court did so, and we have received the supplemental reporter's record of the hearing and the supplemental clerk's record containing the trial court's findings of fact and conclusions of law. This appeal is therefore reinstated.

Having reviewed the supplemental clerk's and reporter's records, we again abate this cause to the trial court. The trial court is ORDERED to conduct another evidentiary hearing to further develop the record with regard to any potential phone

communications between Appellant, James Vaughn IV, and Appellee's counsel, Amy Ward, or her office.

The trial court is ORDERED to give no less than 10 days' notice of the hearing by U.S. mail to Appellant, James Vaughn IV, and to Appellee's counsel, Amy Ward. The trial court is further ORDERED to conduct the hearing within 45 days of the date of this Order.

The court reporter is ORDERED to file a supplemental reporter's record of the hearing within 60 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Order issued and filed November 5, 2021
RWR

